# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVONNE DOWNS, | Case No. 1:13-CV-01645-SMS |
| Plaintiff, | |
| v. | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 2) |

By a motion filed October 11, 2013, Plaintiff Suzanne Yvonne Downs seeks to proceed *in forma pauperis*. Although Plaintiff has submitted a declaration regarding her finances, her response to the financial disclosure does not clearly indicate whether the amounts reported are monthly or annual amounts.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* without prejudice. Within fifteen (15) days, Plaintiff may amend her application to more clearly disclose her income in response to paragraph 3, *Other Income*.

IT IS SO ORDERED.

Dated:   **October 16, 2013**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28