# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE YVONNE DOWNS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No. 1:13-CV-01645-SMS<br><br>ORDER DIRECTING PLAINTIFF TO PAY FILING FEE |

　　　　On October 11, 2013, Plaintiff Suzanne Yvonne Downs, proceeding *pro se*, filed the above-entitled action and a motion to proceed *in forma pauperis*. On October 16, 2013, this Court rendered an order denying Plaintiff's motion. Subsequently, Plaintiff has failed to pay the $350.00 filing fee or take any other action in this case. The Court cannot proceed to screen Plaintiff's complaint until she has paid the requisite filing fee.

　　　　Plaintiff is here advised that failure to comply with the Court's order may result in the dismissal of this action without further notice for failure to obey a court order and failure to prosecute. FED. R. CIV. P. 41(b). The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order. FED. R. CIV. P. 11; Local Rule 110.

//

//

Accordingly, the Court **HEREBY ORDERS** that:

1. within **fifteen (15) days** from the date of service of this order, Plaintiff shall pay to the Clerk of Court the $350.00 filing fee; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: __**July 17, 2014**__     _____**/s/ Sandra M. Snyder**_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2